WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlton Errol Godwin,<br><br>    Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>    Respondents. | No. CV-13-08078-PCT-JAT<br><br>**ORDER** |

  Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus, as amended ("Petition"). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 41) recommending that the Petition be denied because it is barred by the statute of limitations.

  Respondents did not file objections to the R&R. This Court granted Petitioner an extension of time to file objections (Doc. 44), but Petitioner did not file objections. Because neither party has filed objections to the R&R, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Based on the foregoing,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 41) is **ACCEPTED**; accordingly,

- Petitioner's Petition for Writ of Habeas Corpus, as amended, is denied and dismissed with prejudice,

- in the event Petitioner files an appeal, issuance of a certificate of appealability is denied because denial of the petition is based on a plain procedural bar and jurists of reason would not find this Court's procedural ruling debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000), and

- the Clerk of the Court shall enter judgment of dismissal with prejudice.

Dated this 15th day of July, 2015.

James A. Teilborg
Senior United States District Judge